# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:08-CR-46 |
| | ) | (PHILLIPS/SHIRLEY) |
| ALFREDO BARBA, | ) | |
| ALEJANDRO BARBA, | ) | |
| VERONICA BELMARES, and | ) | |
| REYNALDO QUIREZ, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court, as may be appropriate. The parties appeared before the Court on October 31, 2008, for a scheduled motion hearing. Assistant United States Attorney Tracee Plowell was present representing the Government. Attorney Phillip Lomonaco was present representing Defendant Alfredo Barba. Attorney Ysidro Arismendez was present representing Defendant Alejandro Barba. Attorney Tracy Jackson Smith was present representing Defendant Veronica Belmares, and Attorney Jonathon Wood was present representing Defendant Reynaldo Quirez. Defendant Alfredo Barba, Defendant Alejandro Barba, Defendant Veronica Belmares ("Defendant Belmares"), and Defendant Reynaldo Quirez ("Defendant Quirez") were present at the hearing.

A Motion for Release of Brady Materials [Doc. 75] had been filed with the Court at the time of the hearing, but the Court has not yet addressed it in an order. In the motion, Defendant Alejandro Barba requests that the Court enter an order requiring the Government to release all

evidence in its possession that is material or exculpatory. As the Court explained in its previous order [Doc. 107], the Defendants agreed at the hearing that the motions for Brady materials pending in the case were moot, in light of the Government's compliance with its discovery requirements and the Court's Scheduling Order. Accordingly, the Court finds that the motion is moot, and the motion **[Doc. 75]** is **DENIED AS MOOT**.

      **IT IS SO ORDERED**.

ENTER:

     s/ C. Clifford Shirley, Jr.   
United States Magistrate Judge